IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01223-MSK-OES

JANE MOURIER,

           Plaintiff,

v.

KENNETH J. LOWE,
STARLINE TRANSFER,
STARLINE HEAVY HAUL, INC., a Canadian corporation, and
DONALD BRUCE KING, d/b/a Starline Transfer,

           Defendants.

_____

## ORDER TO CLOSE CASE
_____

           THIS MATTER having come before the Court, *sua sponte,* and the record revealing that

the matter has been concluded,

           IT IS ORDERED that the Clerk shall close the case.

           Dated this 5th day of October, 2005.

                              BY THE COURT:

                              _____

                              Marcia S. Krieger
                              United States District Judge