IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01223-MSK-OES

JANE MOURIER,

       Plaintiff,

v.

KENNETH J. LOWE,
STARLINE TRANSFER,
STARLINE HEAVY HAUL, INC., a Canadian corporation, and
DONALD BRUCE KING, d/b/a Starline Transfer,

       Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER having come to be heard upon the Stipulation for Dismissal with Prejudice **(#19)** of the parties, and the Court having examined the files herein and being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above entitled civil

action be, and is hereby dismissed, with prejudice, each party to pay their own costs.

DATED this 28th day of September, 2005.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge